IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: ELIZABETH COWAN WRIGHT |
| | U.S. Magistrate Judge |
| v. | Case No: 22-cr-365 KMM/DTS |
| | Date: December 29, 2022 |
| Damion Kent Hallmon, | Courthouse: St. Paul |
| | Courtroom: 3C |
| Defendant, | Time Commenced: 1:31 p.m. |
| | Time Concluded: 1:39 p.m. |
| | Time in Court: 8 minutes |

APPEARANCES:

Plaintiff: Mary Riverso and Joseph Thompson, Assistant U.S. Attorneys
Defendant: Robert Meyers, Assistant Federal Public Defender
    X FPD          X To be appointed

Date Charges Filed: 12/28/2022          Offense: felon in possession of ammunition

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Tuesday, January 3, 2023 at 11:00 a.m. before U.S. Magistrate Judge Dulce J. Foster in CR8E, Minneapolis for:
    X Detention hrg          X Arraignment hrg

X Government moves to unseal the case.          X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

s/ SAK
Signature of Courtroom Deputy