UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 22-365 (KMM/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| v.   ) | **MOTION TO SUPPRESS EVIDENCE** |
| vs.   ) | **FROM STOP, SEIZURE AND SEARCH** |
| ) | **OF VEHICLE ON AUGUST 28, 2022.** |
| DAMION KENT HALLMON,   ) | |
| ) | |
| Defendant.   ) | |

Defendant Damion Hallmon, through undersigned counsel, respectfully moves the Court pursuant to Rule 12, Federal Rules of Criminal Procedure, for an Order to suppress any evidence obtained as a result of the stop, search and seizure of Mr. Hallmon and the vehicle that he was driving in Bloomington, Minnesota on or about August 28, 2022 on the grounds that law enforcement officers lacked sufficient cause to stop the vehicle, engaged in an excessive prolonged seizure of the vehicle and its occupants without sufficient cause to believe they were engaged in criminal activity, and searched the vehicle and items contained in the vehicle without probable cause to believe that it contained evidence of a crime.

This motion is based on all files, records, proceedings, and evidence to be taken at

the hearing on this motion.

Dated:  January 24, 2023                    LAW OFFICE OF JORDAN S. KUSHNER

                                                                                                                              By s/Jordan S. Kushner
                                                                                                                              Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545