# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Katherine M. Menendez |
| v. | U.S. District Judge |
| Damion Kent Hallmon, | |
| Defendant(s). | |

| | |
|---|---|
| Case No: | 22-cr-365 (KMM/DTS) |
| Date: | November 1, 2023 |
| Court Reporter: | Brittany Blesener |
| Courthouse: | St. Paul |
| Courtroom: | 3B |
| Time Commenced: | 10:15 a.m. |
| Time Concluded: | 1:00 p.m. |
| Sealed Hearing Time: | |
| Time in Court: | 2 Hours & 45 Minutes |

**APPEARANCES:**

Plaintiff:      Mary Riverso, Ruth Shnider, Assistant U.S. Attorney
Defendant(s):  Jordan Kushner    X CJA

**PROCEEDINGS:**

X  **Jury Trial Held (Day 3)**

X  Plaintiff's witnesses:  Drake Holter, Bryan Lervoog, Liane Sellner

X  Plaintiff rests.

X  Defendant's verbal motion for a judgment of acquittal is denied.

X  Trial continued to November 2, 2023, at 9:00 a.m.

s/ *KAT*
Judicial Assistant/Courtroom Deputy