## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | No. 22-cr-365 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Damion Kent Hallmon, | |
| Defendant. | |

Before the Court is Mr. Hallmon's Renewed Motion for Release to Treatment (ECF No. 149). On November 3, 2023, a jury found Mr. Hallmon guilty of possessing a firearm as a previously convicted felon. (ECF No. 143.) Because he has been found guilty of an offense, Mr. Hallmon's detention is required "unless the judicial officer finds by clear and convincing evidence that [he] is not likely to flee or pose a danger to the safety of any other person or the community. . . ." 18 U.S.C. § 3143(a). For the reasons set forth throughout the record (ECF Nos. 109, 61, 53, 45, 33 (detention orders)), the Court finds that Mr. Hallmon has failed to meet his burden in his most recent motion for release. *See United States v. Welsand*, 993 F.2d 1366, 1367 (8th Cir. 1993) (per curiam) (placing the burden on the defendant to provide clear and convincing evidence he is unlikely to flee or unlikely to pose a danger to the community). Accordingly, Mr. Hallmon's motion (ECF No. 149) is denied.

Date: December 27, 2023

*s/Katherine Menendez*
Katherine Menendez
United States District Judge